IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LEONEL CONTRERAS, | § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | 1-23-CV-1376-RP |
| GENERAL MOTORS, LLC, | | |
| Defendant. | | |

**ORDER**

On May 30, 2024, Plaintiff dismissed all claims in this case. (Dkt. 9). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served an answer or motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on May 31, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE